## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02010-EWN-MJW

DANETTE DUKES,

      Plaintiff,

v.

VALENTINE & KEBARTAS, INC., a Massachusetts corporation,

      Defendant.

---

## NOTICE OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff by her undersigned attorney of record who hereby notifies the Court that the parties have settled this case and pursuant to Fed.R.Civ.P. 41(a)(1)(i) hereby dismisses this case with prejudice and on the merits pursuant hereto with each party to pay her or its own attorney's fees and costs.

Dated: October 14, 2008.

                           _s/ David M. Larson_____
                           David M. Larson, Esq.
                           405 S. Cascade Avenue Suite 305
                           Colorado Springs, CO 80903
                           (719) 473-0006
                           Attorney for the Plaintiff